UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr-_0030-AB_ |
| v. | INDICTMENT |
| ASHLYN JOHNSON, | 18 U.S.C. §§ 1112, 1153 |
| Defendant. | |

THE GRAND JURY CHARGES:

### COUNT 1
(Involuntary Manslaughter)
(18 U.S.C. §§ 1112 and 1153)

On or about December 19, 2024, on the Warm Springs Indian Reservation, in Indian Country, and within the District of Oregon, defendant **ASHLYN JOHNSON**, an Indian, did kill Minor Victim 1, in the commission of an unlawful act not amounting to a felony, that is, child neglect, and in the commission of a lawful act which might produce death, that is, bathing a child, with wanton and reckless disregard for human life, and the defendant knew or could

///

///

///

**Indictment**                                                                                                    **Page 1**

have reasonably foreseen that such conduct was or could be a threat to the lives of others;

In violation of Title 18, United States Code, Sections 1112 and 1153.

Dated: January 23, 2025

A TRUE BILL.

██████████████████████
OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

PAMELA PAASO, TXSB#24060371
Assistant United States Attorney

**Indictment**                                                                 **Page 2**