Megha Desai, OSB #141441
Assistant Federal Public Defender
Email: megha_desai@fd.org
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123

Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-cr-00030-AB-1 |
| Plaintiff, | |
| v. | DEFENDANT'S SENTENCING MEMORANDUM |
| ASHLYN JOHNSON, | |
| Defendant. | |

Ashlyn Johnson will appear before this Court on July 29, 2026, for sentencing upon her guilty plea to Count One, involuntary manslaughter, in violation of Title 18, U.S.C., § 1112 and 1153. For the reasons outlined in other sentencing materials before the Court and that will be presented at the sentencing hearing, the defense respectfully requests a sentence of 4 years of probation with 6 months of home detention.

Dated: July 22, 2026.

/s/ Megha Desai
Megha Desai, OSB #141441

Page 1    DEFENDANT'S SENTENCING MEMORANDUM